```
         FILED      ___ LODGED
___ RECEIVED      ___ COPY

      AUG 2 0 2019

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____  M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Landis Yellow,<br><br>　　　　　　Defendant. | CR-19-08194-PCT-SPL (DMF)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153 and 1111<br>　　　(CIR – Second Degree Murder)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 1153 and 1201<br>　　　(CIR – Kidnapping)<br>　　　Count 2<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(3)<br>　　　(CIR - Assault with a Dangerous Weapon)<br>　　　Count 3<br><br>　　　18 U.S.C. §§ 1153 and 113(a)(6)<br>　　　(CIR - Assault Resulting in Serious Bodily Injury)<br>　　　Count 4 |

THE GRAND JURY CHARGES:

## COUNT 1

Between on or about December 26, 2017 and December 29, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant LANDIS YELLOW, an Indian, did with malice aforethought, unlawfully kill L.B.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

Between on or about December 26, 2017 and December 29, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant LANDIS YELLOW, an Indian, did intentionally and unlawfully seize, confine, kidnap, abduct and carry away for any benefit, L.B.

In violation of Title 18, United States Code, Sections 1153 and 1201.

## COUNT 3

Between on or about December 26, 2017 and December 29, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant LANDIS YELLOW, an Indian, did intentionally and knowingly assault L.B., with a dangerous weapon, that is, a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

Between on or about December 26, 2017 and December 29, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant LANDIS YELLOW, an Indian, did intentionally, knowingly, and recklessly assault L.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 20, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/*
SHARON K. SEXTON
Assistant U.S. Attorney